**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                                                          CASE NO.: 21-40194-KKS
                                                                                        CHAPTER 13

DALLAS GIBSON

_____Debtor_____/

**CHAPTER 13 TRUSTEE'S**
**OBJECTION(S) TO CONFIRMATION OF**
**CHAPTER 13 PLAN (DOC. 14)**

**COMES NOW**, LEIGH DUNCAN GLIDEWELL, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby objects to confirmation of Debtor(s)' Chapter 13 Plan (Doc. 14) for the following reasons:

1.   The Plan base is not sufficient to pay all allowed secured, priority and administrative claims.

2.   The Debtor(s)' Schedules reflect a claim secured by a lien on the Debtor(s)' residence which it appears may be paid by the Trustee.  The Trustee has not been provided with copies of documents which support a perfected security interest to determine if the claimant has a perfected security interest.  In addition, the Trustee has not been provided with a copy of the itemization of the pre-petition fees, costs and other charges, including any attorney's fees if applicable, which apply to this claim.  If the documents, through a Proof of Claim, or in another manner are

provided to the Trustee, this objection to confirmation may be resolved or rendered moot.

3.      The Debtor(s) has failed to provide copies of the United States Income Tax Returns for the two (2) years preceding the date of filing to the Chapter 13 Trustee.

4.      The Trustee has not been provided with a copy of the filed Certification from the Debtor(s) that all applicable federal, state and local tax returns, as required, have been filed and served on the Chapter 13 Trustee.

5.      The Chapter 13 Trustee has not been served with a copy of a filed Certification stating that Debtor(s) is current with domestic support obligations.

6.      Pursuant to the Debtor(s)' Schedule J, it appears that the Debtor(s) has negative net disposable income of $765.00 per month, but the listed monthly Plan payment is $319.02.  The Trustee is unclear how the Debtor(s) intends to fund the Plan.

7.      The Plan provides for attorney's fees in the amount of $2,450.00; however, the Disclosure of Compensation of Attorney for Debtor(s) reflects a balance due of zero ($0.00).

8.      The Debtor(s) previously filed Case No. 06-40426 on October 4, 2006, and the Court entered an Order Discharging Debtor(s) on November 18, 2010.

**RESPECTFULLY SUBMITTED**.

          /s/Leigh Duncan Glidewell
          /s/William J. Miller, Jr.
           OFFICE OF CHAPTER 13 TRUSTEE
           POST OFFICE BOX 646
           TALLAHASSEE, FL 32302
           ldhecf@earthlink.net
           (850) 681-2734 "Telephone"
           (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

DALLAS GIBSON
106 PAYNE STREET
CRAWFORDVILLE, FL 32327

LEIGHANNE BOONE
THE BOONE LAW FIRM, PA
207 WEST PARK AVE., SUITE A
TALLAHASSEE, FL 32301

on the same date as reflected on the Court's docket as the electronic filing date for this document.

          /s/Leigh Duncan Glidewell
          /s/William J. Miller, Jr.
           OFFICE OF CHAPTER 13 TRUSTEE

June 21, 2021