UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                  CASE NO.: 21-40194-KKS
                                                        CHAPTER 13

DALLAS GIBSON

_____Debtor._____/

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three (3) days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Chapter 13 Trustee, Leigh Duncan Glidewell, at Post Office Box 646, Tallahassee, FL 32302, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**COMES NOW**, LEIGH DUNCAN GLIDEWELL, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Motion to Dismiss, and in support thereof states as follows:

1. The Debtor filed this Chapter 13 case on May 24, 2021.

2. The Debtor failed to appear at the Section 341 hearing scheduled for July 7, 2021.

3. The Debtor has failed to provide copies of the United States Income Tax Returns, or Tax Affidavits if applicable, for the two (2) years preceding the date of filing to the Chapter 13 Trustee.

4. The Debtor has failed to provide a copy of a government issued photo identification or proof of social security number to the Chapter 13 Trustee as required.

**WHEREFORE**, the Chapter 13 Trustee prays that this case be dismissed and for such other and further relief as the Court may deem appropriate.

**RESPECTFULLY SUBMITTED**,

/s/Leigh Duncan Glidewell
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

DALLAS GIBSON
106 PAYNE STREET
CRAWFORDVILLE, FL 32327

LEIGHANNE BOONE
THE BOONE LAW FIRM, PA
207 WEST PARK AVE.
SUITE A
TALLAHASSEE, FL 32301

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh Duncan Glidewell
/s/William J. Miller, Jr.
    OFFICE OF CHAPTER 13 TRUSTEE

July 8, 2021