UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                          CASE NO.: 21-40194-KKS
                                                CHAPTER 13

DALLAS GIBSON

_____Debtor_____/

## CHAPTER 13 TRUSTEE'S
## OBJECTION(S) TO CONFIRMATION OF
## CHAPTER 13 PLAN (DOC. 14)

**COMES NOW**, LEIGH DUNCAN GLIDEWELL, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby objects to confirmation of Debtor(s)' Chapter 13 Plan (Doc. 14) for the following reasons:

1. The Plan base is not sufficient to pay all allowed secured, priority and administrative claims.

2. There is a discrepancy between the amount proposed to be paid through the Plan ($16,691.24) and the mortgage arrearage reflected in the Proof of Claim filed by The Bank of New York Mellon Trust, c/o NewRez LLC, d/b/a Shellpoint Mortgage ($17,504.10).

3. The Plan fails to address the Notice of Post-Petition Mortgage Fees, Expenses and Charges filed by The Bank of New York Mellon Trust, c/o NewRez LLC, d/b/a Shellpoint Mortgage in the amount of $950.00.

4. The Debtor(s)' Schedules reflect a claim secured by a lien on the Debtor(s)' residence which it appears may be paid by the Trustee. The Trustee has not been provided with copies of documents which support a perfected security interest to determine if the claimant has a perfected security interest. In addition, the Trustee has not been provided with a copy of the itemization of the pre-petition fees, costs and other charges, including any attorney's fees if applicable, which apply to this claim. If the documents, through a Proof of Claim, or in another manner are provided to the Trustee, this objection to confirmation may be resolved or rendered moot.

5. The Debtor(s) has failed to provide a copy of the 2019 United States Income Tax Return to the Chapter 13 Trustee. A Motion to Dismiss is pending.

6. Pursuant to the Debtor(s)' Schedule J, it appears that the Debtor(s) has negative net disposable income of $765.00 per month, but the listed monthly Plan payment is $319.02. The Trustee is unclear how the Debtor(s) intends to fund the Plan.

7. The Debtor(s) has failed to complete the 341 Meeting of Creditors.

8. The Debtor(s) previously filed Case No. 06-40426 on October 4, 2006, and the Court entered an Order Discharging Debtor(s) on November 18, 2010.

**RESPECTFULLY SUBMITTED**.

/s/Leigh Duncan Glidewell
/s/William J. Miller, Jr.
   OFFICE OF CHAPTER 13 TRUSTEE
   POST OFFICE BOX 646
   TALLAHASSEE, FL 32302
   ldhecf@earthlink.net
   (850) 681-2734 "Telephone"
   (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

DALLAS GIBSON
106 PAYNE STREET
CRAWFORDVILLE, FL 32327

LEIGHANNE BOONE
THE BOONE LAW FIRM, PA
207 WEST PARK AVE., SUITE A
TALLAHASSEE, FL 32301

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh Duncan Glidewell
/s/William J. Miller, Jr.
   OFFICE OF CHAPTER 13 TRUSTEE

August 26, 2021