**Fill in this information to identify the case:**

Debtor 1: Dallas Gibson

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Florida (State)

Case number: 21-40194-KKS

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** The Bank of New York Mellon Trust Company, N.A. f/k/a The Bank of New York Trust Company, N.A., f/k/a JPMorgan Chase Bank, and Bank One, National Association, as Trustee, for Origen Manufactured Housing Contract Senior/Subordinate Asset Backed Certificates Trust, Series 2002-A

**Court claim no.** (if known): 3-1

**Last four digits** of any number you use to identify the debtor's account: 6623

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____.

## Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees) | | (2) | |
| 3. | Attorney fees | | (3) | |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | Proof of Claim        08/02/2021 | (5) | $500.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation. Specify: | | (10) | |
| 11. | Other. Specify: | Plan Review Fee        06/09/2021 | (11) | $450.00 |
| 12. | Other. Specify: | | (12) | |
| 13. | Other. Specify: | | (13) | |
| 14. | Other. Specify: | | (14) | |
| 15. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | (15) | $950.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Dallas  Gibson | Case Number (if known) | 21-40194-KKS |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐   I am the creditor.

☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Mukta Suri
Signature

Date   08/21/2021

| Print | Mukta Suri | Title | Authorized Agent for NewRez LLC d/b/a Shellpoint Mortgage Servicing |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

Company   Bonial & Associates, P.C.

Address   14841 Dallas Parkway, Suite 425
          Number        Street

          Dallas, Texas  75254
          City        State        ZIP Code

Contact phone   (972) 643-6600       Email   POCInquiries@BonialPC.com

**CERTIFICATE OF SERVICE OF NOTICE OF POST PETITION MORTGAGE, FEES, EXPENSES AND CHARGES**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before August 23, 2021 via electronic notice unless otherwise stated.

**Debtor**          *Via U.S. Mail*
Dallas Gibson
106 Payne Street
Crawfordville, FL 32327

**Debtors' Attorney**
Leighanne Boone
Attorney at Law
207 West Park Ave., Suite A
Tallahassee, FL  32301

**Chapter 13 Trustee**
Leigh Duncan Glidewell
P.O. Box 646
Tallahassee, Florida 32302

          Respectfully Submitted,

          /s/ **Mukta Suri**